1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN MARK VAN DEN HEUVEL,              No.  2:23-cv-0278 DB P

12                    Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   WARREN C. STRANCENER, et al.,

15                    Defendants.

16

17        Plaintiff is a former[1] county inmate proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  By order dated July 27, 2023, the undersigned dismiss the complaint for

19   failure to state a claim.  (ECF No. 5.)  Plaintiff was given thirty days leave to file an amended

20   complaint and warned that failure to comply would result in a recommendation that this action be

21   dismissed.  (Id.)  Those thirty days have passed, and plaintiff has not filed an amended complaint,

22   sought additional time to file an amended complaint, or otherwise responded to the court's order.

23   Accordingly, the undersigned will recommend that this action be dismissed for failure to

24   prosecute and failure to comply with court orders.

25   ////

26   _____

27   [1] At the time plaintiff filed the complaint he was in the custody of El Dorado County (See ECF
     No. 1-1 at 1.)  However, a notice of change of address filed in Van den Heuvel v. Clark, 2:23-cv-
28   0708 KJM DMC (E.D. Cal.) on June 30, 2023, indicates that plaintiff has been released from
     custody.

                                              1

1       For the foregoing reasons, the Clerk of the Court is ORDERED to randomly assign this

2  action to a United States District Judge.

3       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

4  Local Rule 110; Fed. R. Civ. P. 41(b).

5       These findings and recommendations are submitted to the United States District Judge

6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty days

7  after being served with these findings and recommendations, plaintiff may file written objections

8  with the court and serve a copy on all parties.  Such a document should be captioned "Objections

9  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

10  objections within the specified time may waive the right to appeal the District Court's order.

11  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  Dated:  September 11, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/vand0278.f&r.fta

2