UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL, | No. 2:23-cv-0278 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| WARREN C. STRANCENER, et al., | |
| Defendants. | |

Plaintiff is a former county inmate proceed pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 6.) Plaintiff has not filed objections to the findings and recommendations. Plaintiff has, however, filed a document captioned "CLARIFICATIONS of Unjust and Disregard for humanity and handicap persons." (ECF No. 7.) This filing does not address the September 12, 2023, findings and recommendations, and is not responsive to the July 27, 2023 order giving Plaintiff thirty days to file an amended complaint.

1

1  The Court has reviewed the file and finds the findings and recommendations to
2  be supported by the record and by the Magistrate Judge's analysis.  In addition, the
3  Court has reviewed the Magistrate Judge's July 27, 2023 Order (ECF No. 5) which the
4  Court finds is also supported by the record and the proper analysis.  Accordingly, IT IS
5  HEREBY ORDERED that:
6    1. The findings and recommendations filed September 12, 2023, are adopted
7  in full; and
8    2. This action is dismissed without prejudice.

  IT IS SO ORDERED.

Dated:  **November 17, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/vand0278.800

2